**Motion to Dismiss Granted, Appeal Dismissed, and Memorandum Opinion filed May 30, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00281-CV

---

### O'NEILL GILBERT, Appellant

### V.

### FELITA DAVIS, Appellee

---

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-CCV-072672**

---

### MEMORANDUM OPINION

This interlocutory appeal is from an order signed March 25, 2024. On May 3, 2024, appellant filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.